# NO. 12-08-00397-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: ENERGY TRANSFER PARTNERS,* | § | |
| *L.P., ENERGY TRANSFER EQUITY, L.P.,* | § | *ORIGINAL PROCEEDING* |
| *AND HOUSTON PIPE LINE CO., L.P.,* | § | |
| *RELATORS* | | |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

On April 15, 2009, this court delivered an opinion conditionally granting the petition for writ of mandamus filed by Energy Transfer Partners, L.P., Energy Transfer Equity, L.P., and Houston Pipe Line Co., L.P. The opinion ordered the respondent trial court to vacate the portion of its July 15, 2008 order requiring production of a certain sound report insofar as it pertained to the property of Joey and Molina Courtney. The opinion further ordered the trial court to issue an order denying the motion to compel such production. Subsequently, on April 20, 2009, this court received an order from the trial court that complied with our order and opinion of April 15, 2009.

All issues attendant to this original proceeding having been disposed of, this proceeding has now been rendered moot; therefore, the writ need not issue. Accordingly, this original proceeding is ***dismissed***.

Opinion delivered April 22, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)